**Paul ABBOTT; Elaine Barker, Plaintiffs—Appellants,**

v.

**Daniel GUENTHER, Esquire, Defendant—Appellee.**

No. 10–1405.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2011.

Decided: April 7, 2011.

Paul Abbott, Elaine Barker, Appellants Pro Se. Mark Patrick Johnson, Eccleston & Wolf PC, Hanover, Maryland, for Appellee.

Before GREGORY and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Abbott and Elaine Barker appeal the district court's order granting Defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Abbott v. Guenther,* No. 8:09–cv–02642–RWT (D.Md. Mar. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*